**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**JEFFIERY BRADLEY**                    **CASE NO. 3:24-CV-00473 SEC P**

**VS.**                                                    **JUDGE TERRY A. DOUGHTY**

**NOLEN BASS**                              **MAG. JUDGE KAYLA D. MCCLUSKY**

<u>**JUDGMENT**</u>

The Report and Recommendation [Doc. No. 13] of the Magistrate Judge having been

considered, together with the written objections [Doc. No. 14] thereto filed with this Court, and,

after a *de novo* review of the record, finding that the Magistrate Judge's Report and

Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Jeffiery Bradley's

claims are **DISMISSED WITH PREJUDICE** for failing to state claims on which relief may be

granted.

MONROE, LOUISIANA, this 25th day of July 2024.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE